IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-02459-WYD-BNB

FRONTIER AIRLINE PILOTS ASSOCIATION,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

    The Court, having reviewed the parties' Stipulation of Dismissal with Prejudice (docket #15), and being fully advised in the premises, it is hereby

    ORDERED that Plaintiff Frontier Airline Pilots Association's complaint is **DISMISSED WITH PREJUDICE** and each party shall bear its own attorneys' fees and costs.

    Dated: March 15, 2010

                                       BY THE COURT:

                                       s/ Wiley Y. Daniel
                                       Wiley Y. Daniel
                                       Chief United States District Judge